■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JORGE SAMAYOA, Appellant. [946 NYS2d 898]—

Appeal by the defendant from an order of the County Court, Suffolk County (Kahn, J.), dated February 2, 2011, which, after a hearing, designated him a level two sexually violent offender pursuant to Correction Law article 6-C.

Ordered that the order is affirmed, without costs or disbursements.

The County Court's designation of the defendant as a level two sexually violent offender was supported by clear and convincing evidence (*see* Correction Law § 168-n [3]; *People v Pettigrew*, 14 NY3d 406, 408 [2010]; *People v Mingo*, 12 NY3d 563, 571 [2009]; *People v Atkinson*, 65 AD3d 1112 [2009]; *People v Bright*, 63 AD3d 1133 [2009]; *People v Inghilleri*, 21 AD3d 404, 406 [2005]). Contrary to the defendant's contention, the County Court did not err in assessing him 10 points under risk factor 1 (*see* Sex Offender Registration Act: Risk Assessment Guidelines and Commentary [hereinafter SORA Guidelines], at 7-8 [2006]; Penal Law § 130.00 [8]; § 130.65 [1]; *People v Harris*, 93 AD3d 704 [2012]), and 10 points under risk factor 12 (*see* SORA Guidelines, at 15-16; *People v Mingo*, 12 NY3d at 571; *People v Deturris*, 90 AD3d 727 [2011]; *People v Vega*, 79 AD3d 718 [2010]; *People v Smith*, 78 AD3d 917, 918 [2010]; *People v Wright*, 37 AD3d 797 [2007]; *People v Lewis*, 37 AD3d 689, 690 [2007]; *People v Fortin*, 29 AD3d 765 [2006]). Skelos, J.P., Leventhal, Belen and Roman, JJ., concur.